UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER WOJCIECHOWSKI, on his own behalf and on behalf of all other persons similarly situated,<br><br>                      Plaintiff,<br>     v.<br><br>CLEAREDGE POWER, INC., and CLEAREDGE POWER, LLC,<br><br>                      Defendants. | Case No.: 14-CV-01951-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 3, 2014, at 2:00 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Tuesday, September 2, 2014, at 10:00 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: August 29, 2014

                                                            LUCY H. KOH
                                                            United States District Judge