1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER WOJCIECHOWSKI, on his own behalf and on behalf of all other persons similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>CLEAREDGE POWER, INC., and CLEAREDGE POWER, LLC,<br><br>              Defendants. | Case No.: 14-CV-01951-LHK<br><br>ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) |

Plaintiff in this action has filed a notice voluntary dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 10-1. This action is therefore DISMISSED without prejudice, and the Order to Show Cause hearing scheduled for September 11, 2014, at 1:30 p.m. is hereby VACATED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 5, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-01951-LHK
ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)